# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**THE PEOPLE OF THE STATE OF ILLINOIS**

    vs.                                                  Case Number:   **09-3128**

**SDS WEST CORPORATION, BRUCE HOOD,
RAYMOND DORSO, NATIONWIDE SUPPORT
SERVICES INC., and JOANNE GARNEAU**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**, pursuant to an Opinion entered by the Honorable Richard Mills, the above captioned case is remanded back to the Circuit Court for the Seventh Judicial Circuit, Sangamon County, Illinois.  Further, the State is entitled to costs and fees.  The State shall file a statement of its costs and fees within 10 days and Defendants will have 10 days thereafter to file objections (if any).----------------------

                                      ENTER this 30thday of July, 2009

                                              s/ Pamela E. Robinson
                                      PAMELA E. ROBINSON, CLERK

                                              s/D. Meadows
                                       _____
                                          BY:  DEPUTY CLERK