E-FILED
Thursday, 06 August, 2009  10:26:24 AM
Clerk, U.S. District Court, ILCD

| STATE OF ILLINOIS | ) | *People of the State of Illinois v.* |
| COUNTY OF SANGAMON | ) | *SDS West Corporation et al* |
|  | ) | USDC-CD IL No. 3:09-3128 |
|  | ) |  |

### AFFIDAVIT

I, Rebecca L. Pruitt, having first been duly sworn upon oath, do hereby depose and state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. The attorney fees incurred in the case and the services for which the fees have been charged were actually and necessarily performed as follows:

| Date | Attorney | Hourly Rate | Hours | Service Performed |
|------|----------|-------------|-------|-------------------|
| 6/5/09 | Pruitt | $200.00 | 2.0 | Draft Motion to Remand and Memorandum |
| 6/25/09 | Heimlich | $200.00 | 3.0 | Legal Research re: cases cited by Defendants |
| 6/25/09 | Pruitt | $200.00 | 5.5 | Legal Research re: cases cited by Defendants |
| 6/26/09 | Pruitt | $200.00 | 3.5 | Draft Motion for Leave to File Reply Memorandum and Memorandum |
| Total |  | $2,800.00 | (14 hours at $200.00 per hour ) |  |

3. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

*/s/ Rebecca L. Pruitt*

Subscribed and sworn to before me this ___6___ day of August, 2009.

_____Sandra Staudt_____
Notary Public

OFFICIAL SEAL
SANDRA STAUDT
NOTARY PUBLIC, STATE
MY COMMISSION EXPIRES